Joseph H. Miller, appellee, v. M. Retta Tisdelle and A. C. Tisdelle, appellants. Gen. No. 28,802.

Forcible entry and detainer. Judgment for possession. Appeal from the Circuit Court of Cook county; the Hon. Claire C. Edwards, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed February 20, 1924.

William H. Stahl, for appellants. Milton O. Naramore, for appellee.

Mr. Justice Thomson delivered the opinion of the court.